**Order entered August 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00586-CR

### TIMOTHY MANIMOI, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F08-59321-Y**

## ORDER

In this case, appellant raises an issue related to the costs assessed against him. The record, however, does not contain a cost bill or other document with an itemized list of costs assessed in this case. Accordingly, we **ORDER** the Dallas Count District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bill shall be signed by the officer who charged the costs or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental

clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fees.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    MICHAEL J. O'NEILL
           PRESIDING JUSTICE